IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JAMES C. AUSTIN,<br>    Plaintiff, | )<br>)<br>) | Civil Action No. 7:15-cv-00503 |
| v. | )<br>) | **ORDER** |
| FREDERICK SCHILLING, et al.,<br>    Defendants. | )<br>)<br>) | By:  Hon. Michael F. Urbanski<br>      United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the motion to amend is **DENIED**; the complaint is **DISMISSED without prejudice** for failing to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915A(b)(1); and the action is **STRICKEN** from the active docket of the court.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to Plaintiff.

ENTER: This 30th day of November, 2015.

United States District Judge