UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-8011
(7:15-cv-00503-MFU-RSB)
_____

JAMES C. AUSTIN

       Plaintiff - Appellant

v.

FREDERICK SCHILLING, Director for Health Virginia Dept. of Corrections;
DR. HAPPY SMITH; DR. BENNY MULLENS; ELLEN DAVIS, Registered
Nurse, Marion Treatment Facility; VICKKI PARSONS PHIPPS, Registered
(Head) Nurse, Red Onion State Prison

       Defendants - Appellees

_____

M A N D A T E
_____

     The judgment of this court, entered April 1, 2016, takes effect today.

     This constitutes the formal mandate of this court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

                           */s/Patricia S. Connor, Clerk*